Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nan Ya Plastics Corporation    v. United States

No. 15-1054

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Nan Ya Plastics Corporation
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Peter Koenig
Law firm: Squire Patton Boggs (US) LLP
Address: 1200 19th Street, NW, Suite 300
City, State and ZIP: Washington DC 20036
Telephone: 202 626 6223
Fax #: 202 626 6780
E-mail address: peter.koenig@squirepb.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 9, 1983

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/15/14                              Peter Koenig
Date                                  Signature of pro se or counsel

cc: _____

**I certify that I served a copy of this Entry of Appearance and Certificate of Interest on counsel of record this 15th day of December 2014 by Operation of the Court's ECS system.** 123

Peter Koenig