BEFORE THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT

|  |  |
|---|---|
| Nan Ya Plastics Corporation ) | |
| ) | Court No. 15-1054 |
| v. ) | |
| ) | |
| United States ) | |

**APPELLANT NAN YA CONSENT MOTION
FOR EXTENSION TO FILE OPENING BRIEF**

Appellant Nan Ya Plastics Corporation, Ltd. hereby requests a 30 day extension – *i.e.*, from January 14, 2015 to February 17, 2015 (considering weekends and holidays) – to file its opening brief. This is our second extension request.

Counsel has been home with a sever flu the last two weeks. Before that, counsel was overseas in Asia for a week. Counsel has significant impending deadlines in multiple other U.S. Department of Commerce antidumping (AD) and countervailing duty (CVD) matters, with tight statutory deadlines.

Ms. Jane C. Dempsey (for the United States, the only party) consents.

This motion has been served on the parties by email, per Court rules.

Counsel appreciates the Court's attention to this matter. Counsel makes the above unsworn declaration under penalty of perjury under 28 U.S.C. 1746.

                                            Respectfully submitted,

                                            */s/ Peter Koenig*

                                            Peter Koenig

January 9, 2015                          Counsel to Nan Ya